No. 11–7515.  IN RE BLUNT.  Petition for writ of habeas corpus denied.

No. 11–6788.  IN RE DECKER-WEGENER.  Petition for writ of mandamus and/or prohibition denied.

No. 11–166.  RADLAX GATEWAY HOTEL, LLC, ET AL. v. AMALGAMATED BANK.  C. A. 7th Cir.  Certiorari granted.

No. 11–182.  ARIZONA ET AL. v. UNITED STATES.  C. A. 9th Cir.  Certiorari granted.  JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 11–246.  MATCH-E-BE-NASH-SHE-WISH BAND OF POTTAWATOMI INDIANS v. PATCHAK ET AL.; and
No. 11–247.  SALAZAR, SECRETARY OF THE INTERIOR, ET AL. v. PATCHAK ET AL.  C. A. D. C. Cir.  Certiorari granted, cases consolidated, and a total of one hour is allotted for oral argument.

No. 10–1267.  MCFADDEN v. ALABAMA.  Ct. Crim. App. Ala.  Certiorari denied.

No. 10–10525.  CASTILLO-PERALES v. HOLDER, ATTORNEY GENERAL, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 10–10813.  HOTALING v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 10–11172.  BUTLER v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 11–164.  HARLEY v. DONAHOE, POSTMASTER GENERAL.  C. A. 10th Cir.  Certiorari denied.

No. 11–339.  SEIDL, INDIVIDUALLY, DERIVATIVELY, AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED v. AMERICAN CEN-